United States District Court
Southern District of Texas
**ENTERED**
February 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CLIFFORD KITTERMAN, individually and on behalf of all others similarly situated,<br><br>v.<br><br>WOOD GROUP PSN, INC. | Case No. 2:19-cv-00233<br><br>FLSA Collective Action |

### ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

Having considered the Parties' Joint Motion for Settlement Approval, the Court is of the opinion that it should be GRANTED.

It is therefore ORDERED that the Parties' Settlement Agreement is APPROVED.

It is further ORDERED that this case and all claims asserted in this case by Plaintiffs against Defendant Wood Group PSN, Inc. are DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to close this case.

_7.14.22_
DATE

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE